Jesse HOWARD, Claimant–Appellant,

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7088.

United States Court of Appeals, Federal Circuit.

May 19, 2011.

Jesse Howard, Visalia, CA, pro se.

## ON MOTION

### ORDER

Upon consideration of Jesse Howard's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.